**Order entered November 4, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00194-CR

**SERGIO GUERRERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F11-62493-L**

## ORDER

The Court **REINSTATES** the appeal.

On October 21, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On October 31, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the October 21, 2014 order requiring findings.

We **GRANT** the October 31, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
           JUSTICE